DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID LEON ASH III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2743

_____

May 29, 2024

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Hillsborough County, Nick Nazaretian, Judge.

David Leon Ash, III, pro se.

PER CURIAM.

   Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.